# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Namon Kent

                              Plaintiff,

v.                                                  Case No.: 1:12–cv–01411
                                                        Honorable Ronald A. Guzman

Chase Bank USA, N.A., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 15, 2013:

      MINUTE entry before Honorable Ronald A. Guzman: Status hearing held on 3/15/2013. Defendants to answer or otherwise plead to second amended complaint on or before 4/5/13. Status hearing set for 4/12/2013 at 09:30 AM. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.