UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NAMON KENT,

    *Plaintiff*,

vs.

CHASE BANK USA, N.A., a Corporation;
and DOES 1 THROUGH 100, INCLUSIVE,

    *Defendants*.

No. 12-cv-1411

Hon. Ronald A. Guzman

### MOTION TO SUBSTITUTE COUNSEL

Chase Bank USA, N.A. ("Chase"), by and through its undersigned attorneys and pursuant to L.R. 83.17, respectfully requests that the Court grant David T. Ballard leave to withdraw his appearance on behalf of Chase, and that the Court permit Alison C. Conlon to substitute her appearance. In support of its Motion, Chase states:

1. David T. Ballard is no longer employed by Barnes & Thornburg LLP.

2. Alison C. Conlon was admitted to the Court's trial bar on July 18, 2006. Ms. Conlon's proposed appearance is attached hereto as *Exhibit 1*.

WHEREFORE, Chase Bank USA, N.A. respectfully requests that the Court grant David T. Ballard leave to withdraw his appearance and grant Alison C. Conlon leave to file her substitute appearance.

    Respectfully submitted,

By:   /s/ Gregory Scott Gistenson
    Gregory S. Gistenson
    BARNES & THORNBURG LLP
    One N. Wacker Dr., Suite 4400
    Chicago, Illinois 60606
    Telephone: (312) 357-1313
    Facsimile: (312) 759-5646
    Email: gregory.gistenson@btlaw.com

*Attorneys for Defendant Chase Bank USA, N.A.*

CHDS01 813341v1

# EXHIBIT 1

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 12-cv-01411 |
|---|---|
| Namon Kent, Plaintiff, v. Chase Bank USA, N.A., Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Chase Bank USA, N.A.

| NAME (Type or print) |
|---|
| Alison C. Conlon |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Alison C. Conlon |
| FIRM |
| Barnes & Thornburg LLP |
| STREET ADDRESS |
| One North Wacker Drive, Suite 4400 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6272083 | (312) 357-1313 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐