**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NAMON KENT, | |
| *Plaintiff*, | No. 12-cv-1411 |
| vs. | Hon. Ronald A. Guzman |
| CHASE BANK USA, N.A., a Corporation; and DOES 1 THROUGH 100, INCLUSIVE, | |
| *Defendants*. | |

**DEFENDANT CHASE BANK USA, N.A.'S MOTION TO ENFORCE SETTLEMENT AGREEMENT OR IN THE ALTERNATIVE TO DISMISS SECOND AMENDED COMPLAINT**

Chase Bank USA, N.A. ("Chase"), by and through its undersigned attorneys and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully requests that the Court enter an Order enforcing the parties' settlement agreement and dismissing all claims in the Second Amended Complaint with prejudice, or in the alternative dismissing all claims in the Second Amended Complaint with prejudice for failure to state a claim upon which relief can be granted. In support of its motion, Chase incorporates its Memorandum of Points and Authorities filed concurrently herewith.

Respectfully submitted,

By: /s/ Gregory Scott Gistenson
Alison C. Conlon
Gregory S. Gistenson
BARNES & THORNBURG LLP
One N. Wacker Dr., Suite 4400
Chicago, Illinois 60606
Telephone: (312) 357-1313
Facsimile: (312) 759-5646
Email: aconlon@btlaw.com;
gregory.gistenson@btlaw.com

*Attorneys for Defendant Chase Bank USA, N.A.*

CHDS01 813339v1