**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NAMON KENT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 12-cv-01411 |
| vs. | ) |
| | ) Judge Ronald A. Guzman |
| CHASE BANK USA, N.A., | ) |
| | ) Magistrate Judge Jeffrey T. Gilbert |
| Defendant. | ) |

### NOTICE OF MOTION

To:
Namon Kent, Pro Se
Your Community Law Office & Legal Clinic
8043 South Paulina Street
Chicago, Illinois 60620-4531

**PLEASE TAKE NOTICE** that on April 12, 2013, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Ronald A. Guzman in **Courtroom 1219** of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and present **Defendant Chase Bank USA, N.A.'s Motion to Enforce Settlement Agreement or in the Alternative to Dismiss Second Amended Complaint** and **Motion to Substitute Counsel**, copies of which are enclosed herewith and hereby served upon you.

Respectfully submitted,

By:  /s/ Gregory Scott Gistenson
Alison C. Conlon
Gregory S. Gistenson
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, Illinois 60606
Phone: (312) 357-1313
Fax: (312) 759-5646
Email: aconlon@btlaw.com
　　　　ggistenson@btlaw.com

Attorneys for Defendant Chase Bank USA, N.A.

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 5, 2013, a copy of the foregoing **Notice of Motion** was filed electronically. Notice of this filing will be sent to the following individuals by operation of the Court's electronic filing system, and, to those parties not receiving such notice, by U.S. Mail from One Wacker Drive, Chicago, Illinois on April 5, 2013. Parties may access this filing through the Court's system.


Namon Kent, Pro Se
Your Community Law Office & Legal Clinic
8043 South Paulina Street
Chicago, Illinois 60620-4531


                                                /s/ Gregory Scott Gistenson
                                                Gregory S. Gistenson