## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Namon Kent

                         Plaintiff,

v.                                              Case No.: 1:12–cv–01411

                                                                    Honorable Ronald A. Guzman

Chase Bank USA, N.A., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 11, 2013:

      MINUTE entry before Honorable Ronald A. Guzman: Status hearing and notices of motions set for 4/12/2013 are stricken on Court's own motion. Motion by Chase Bank USA, N.A. to substitute attorney [56] is granted. David T. Ballard is granted leave to withdraw his appearance and Alison C. Conlon is granted leave to file her substitute appearance. Status hearing and motion hearing as to motion by DEFENDANT CHASE BANK USA, N.A.'S MOTION TO ENFORCE SETTLEMENT AGREEMENT OR IN THE ALTERNATIVE TO DISMISS SECOND AMENDED COMPLAINT [57] are reset to 4/16/2013 at 09:30 AM. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.