UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Namon Kent
                                   Plaintiff,

v.                                              Case No.: 1:12–cv–01411
                                                          Honorable Ronald A. Guzman

Chase Bank USA, N.A., et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 15, 2013:

       MINUTE entry before Honorable Ronald A. Guzman: Chase Bank's motion to enforce and motion to dismiss [57–1] is entered and continued. On October 11, 2012, the plaintiff was given leave to file an amended complaint to address a specific issue and, if necessary, to include any newly discovered facts. The plaintiff's second amended complaint is 42 pages long and includes fifteen causes of action as well as allegations against Chase Bank and 39 named "Doe defendants" as well as 60 unnamed Does. The plaintiff is directed to review the allegations and causes of action in his second amended complaint and remove any surplusage. Failure to do so may result in sanctions. The plaintiff's third amended complaint shall be filed no later than May 6, 2013. Status and motion hearing set for May 9, 2013 at 9:30 a.m. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.